# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00432-CR

**Ex parte Jeremy Cisneros**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NO. 06-1048, HONORABLE WILLIAM HENRY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Jeremy Cisneros was arrested for failing to stop and render aid following a fatal accident. *See* Tex. Transp. Code Ann. § 550.021 (West 1999). A magistrate set bail at $450,000.00. Cisneros petitioned for a writ of habeas corpus complaining that the bail was unreasonable and asking that it be reduced to an unspecified reasonable amount. The writ issued and, following a hearing, the district court reduced bail to $50,000.00. Cisneros appealed the order on the ground that the bail remained excessive.

The Court has been informed that Cisneros was released on bond on September 19, 2006. The appeal is dismissed as moot.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed as Moot

Filed:   January 19, 2007

Do Not Publish